**SEALED**

**FILED**

OCT 16 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-CR-0290 KJM |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography; 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography (Two Counts); 18 U.S.C. § 2253(a) - Criminal Forfeiture |
| v. ) | |
| RYAN MASON, ) | |
| Defendant. ) | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography]

The Grand Jury charges: T H A T

RYAN MASON,

defendant herein, on or about June 13, 2013, in the County of Solano, State and Eastern District of California, did knowingly distribute visual depictions, using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where

1

1 the production of such visual depictions involved the use of a minor
2 engaging in sexually explicit conduct, as defined in Title 18, United
3 States Code, Section 2256(2), and such visual depictions were of such
4 conduct, all in violation of Title 18, United States Code, Section
5 2252(a)(2).

COUNT TWO: [18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography]

The Grand Jury further charges: T H A T

RYAN MASON,

defendant herein, on or about October 19, 2013, in the County of Solano, State and Eastern District of California and elsewhere, did knowingly receive visual depictions, using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE [18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography]

The Grand Jury further charges: T H A T

RYAN MASON,

defendant herein, on or about October 23, 2013, in the County of Solano, State and Eastern District of California and elsewhere, did knowingly receive visual depictions, using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by

computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant RYAN MASON shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any property, real or personal, used or intended to be used to commit and promote the commission of the violations, including, but not limited to the following:

    a. One Samsung SPH-M830 cell phone, serial number Jz054K-M830VPBMD5.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.



FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

4

**United States v. Mason**
**Penalties for Indictment**

**Defendant**
**RYAN MASON**

## COUNTS ONE AND TWO

VIOLATION:    18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:    Not more than $250,000;
Not less than 5 years imprisonment or not more than 20 years of imprisonment, or both
5 years to life supervised release

## COUNT THREE

VIOLATION:    18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES:    Not more than $250,000;
Not less than 5 years imprisonment or not more than 20 years of imprisonment, or both
5 years to life supervised release

## FORFEITURE ALLEGATION:

VIOLATION:    18 U.S.C. § 2253 - Criminal Forfeiture
PENALTY:      As stated in indictment

ASSESSMENT:   $100 special assessment for each count

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

Ryan MASON

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252 (a) (2) – Distribution of Child Pornography;
18 U.S.C. § 2252 (a) (2) – Receipt of Child Pornography (Two Counts);
18 U.S.C. § 2253 (a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

Filed in open court this ___16___ day of ___October___, A.D. 20 14

_____
*Clerk.*

Bail, $ pending hrg    **NO BAIL WARRANT**

_____
Carolyn K. Delaney
U.S. Magistrate Judge

GPO 863 525