HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RYAN MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 14-0290 KJM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS |
| v. | |
| RYAN MASON, | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | |

Plaintiff, United States of America, through Assistant United States Attorney JOSH SIGAL, and Defendant RYAN MASON, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate and request that the Court amend Mr. Mason's pretrial services conditions as set forth in the attached proposed conditions. On December 2, 2014, Pretrial Services observed a small marijuana grow at the home where Mr. Mason resides with his family. Mr. Mason and his mother advised Pretrial Services that the marijuana belonged to Mr. Mason's brother, who has a medical cannabis card. Pretrial Services no longer believes that Mr. Mason's family home is suitable or that his mother is an appropriate third-party custodian. Pretrial Services has obtained 30 day emergency funding for Mr. Mason to reside at Pete's Place in Sacramento.

/////

The attached conditions, which have been provided by the Pretrial Services office, are amended to reflect an updated curfew for Pete's Place, to remove conditions related to computers owned by Mr. Mason's parents, and to drop Ms. Mason as a third party custodian.

Pretrial Services has requested that the parties file this stipulation and proposed order amending the conditions.

Dated:  December 4, 2014                          Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  /s/ R. Barbour
                                                  RACHELLE BARBOUR
                                                  Attorney for Defendant
                                                  ERIC JOHN COP

Dated: December 4, 2014                           BENJAMIN WAGNER
                                                  United States Attorney

                                                  /s/ J. Sigal
                                                  JOSH SIGAL
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

**ORDER**

The Court orders that pretrial release conditions be amended as set forth in the attached "Amended Special Conditions of Release" dated December 4, 2014.

IT IS SO ORDERED


Dated:  December 9, 2014

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE