HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RYAN MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 14-290-KJM_____ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS |
| v. | |
| RYAN MASON, | JUDGE: Hon. Allison Claire |
| Defendant. | |

Plaintiff, United States of America, through Assistant United States Attorney JOSH SIGAL, and Defendant RYAN MASON, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate and request that the Court amend Mr. Mason's pretrial services conditions as set forth in the attached proposed conditions (Second Special Conditions of Release). Mr. Mason was previously placed at Pete's Place (a type of halfway house) because on December 2, 2014, Pretrial Services observed a small marijuana grow at the home where Mr. Mason resides with his family. Mr. Mason and his mother advised Pretrial Services that the marijuana belonged to Mr. Mason's brother, who has a medical cannabis card. The brother took the marijuana out of the home. Mr. Mason's mother, Janet Mason, has taken steps to ensure that the home is a suitable place for Mr. Mason's residence. Pretrial Services proposes the attached conditions and asks that the Court impose them, reflecting Mr. Mason's return to the home.

Pretrial Services has requested that the parties file this stipulation and proposed order amending the conditions.

Dated:  February 24, 2015                     Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                        Federal Public Defender

                                                        */s/ R. Barbour*
                                                        RACHELLE BARBOUR
                                                        Attorney for Defendant
                                                        RYAN MASON

Dated: February 24, 2015                      BENJAMIN WAGNER
                                                        United States Attorney

                                                        */s/ J. Sigal*
                                                        JOSH SIGAL
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

## **ORDER**

The Court orders that pretrial release conditions be amended as set forth in the attached "Second Special Conditions of Release" dated February 24, 2015.

IT IS SO ORDERED.

DATED: February 25, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE