BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-290 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING MENTAL COMPETENCY EXAMINATION; REQUEST TO SEAL COMPETENCY REPORT |
| v. | |
| RYAN MASON, | DATE: July 8, 2015 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 13, 2015.

2. By this stipulation, the parties now move to continue the status conference until July 8, 2015, and to exclude time between May 13, 2015, and July 8, 2015, under Local Codes A and N.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant was indicted on October 16, 2014, on three counts of receipt and distribution of child pornography.

   b) On October 21, 2014, the defendant appeared and was released to the third-party custody of his mother.

   c) On January 22, 2015, at the request of counsel for defendant, a psychological

examiner, Dr. Barbara E. McDermott, Ph.D., produced a report in which she gave the opinion that the defendant is not competent to stand trial.  The parties jointly request that this Court order Dr. McDermott's report filed under seal concurrently with this stipulation.  (This stipulation and order need not be filed under seal.)  The sealing is requested pursuant to Eastern District Local rule 141 and Federal Rule of Criminal Procedure 57(a)(1).  The Court has inherent power to seal documents.  See United States v. Gurolla, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); see also United States v. Hickey, 185 F.3d 1064 (9th Cir. 1999); United States v. Hardwell, 80 F.3d 1471, 1483-84 (10th Cir. 1996).  The competency report is a deeply personal document concerning the mental and physical health of the defendant.  The competency report has been submitted to the Court via electronic e-mail pursuant to Local Rule 141(b).  Both parties already have the report.

     d)     The parties hereby request that the Court order the defendant to submit to a second mental competency evaluation as set forth in the attached proposed order.

     e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2015 to July 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N) because it results from an examination to determine the mental competency or physical capacity of the defendant.

IT IS SO STIPULATED.

Dated:  May 5, 2015                             BENJAMIN B. WAGNER
                                                        United States Attorney

                                                         /s/ *Josh F. Sigal*
                                                         JOSH F. SIGAL
                                                         Special Assistant U.S. Attorney

Dated:  May 5, 2015                             /s/ *Josh F. Sigal* for
                                                          RACHELLE BARBOUR
                                                          Counsel for Defendant
                                                          Ryan Mason

**FINDINGS AND ORDER**

After consideration of the parties' stipulation and the competency report, the Court hereby finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, the Court hereby ORDERS that:

(1)   the defendant Ryan Mason shall submit to a second mental competency evaluation to assess his competency to stand trial in this case;

(2)   the mental competency evaluation shall be conducted by: Dr. John Foster, Arden Psychological Services, 1620 Executive Court, Sacramento, California;

(3)   such evaluation shall address the legal issue of competency of Ryan Mason. Dr. Foster shall review the BOP Guidelines for Forensic Evaluations and incorporate the same protocol, such as the defendant's history, behavior observations, collateral observations (such as police reports), medical history, psychological testing, and forensic interviews;

(4)   the report regarding the competency evaluation shall be provided to both counsel by June 26, 2015;

(5)   time is excluded from May 13, 2015, through July 8, 2015, pursuant 18 U.S.C. § 3161(h)(1)(A) (Local Code A) and 18 U.S.C. § 3161(h)(4) (Local Code N); and

(6)   the competency report by Dr. McDermott be filed under seal as shall the second competency report when it is provided to the Court, until further order of the Court;

(7)   this matter is set for a status conference on July 8, 2015, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING MENTAL
COMPETENCY EXAMINATION