

**FILED**

MAY 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  Designated Counsel for Service
   OFFICE OF THE FEDERAL DEFENDER
4  801 "I" Street, 3rd Floor
   Sacramento, CA 95814
5
   Attorney for Defendant
6  RYAN MASON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  No. Cr. S. 14-290-KJM
                                      )                  DAD
12 |          Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                      )  TO AMEND PRETRIAL SERVICES
13 | v.                                )  CONDITIONS
                                      )
14 | RYAN MASON,                       )
                                      )  JUDGE:  Hon. Dale A. Drozd
15 |          Defendant.               )
                                      )
16 |_____)

17     Plaintiff, United States of America, through Assistant United States Attorney JOSH

18 SIGAL, and Defendant RYAN MASON, through his attorney RACHELLE BARBOUR, of the

19 Office of the Federal Defender, hereby stipulate and request that the Court amend Mr. Mason's

20 pretrial services conditions as set forth in the attached proposed conditions (Third Special

21 Conditions of Release). Mr. Mason has applied for disability services and been unable to work.

22 In light of that, the Pretrial Services Office has requested that his curfew be adjusted.

23     Pretrial Services has requested that the parties file this stipulation and proposed order

24 amending the conditions.

25 Dated: May 15, 2015                      Respectfully submitted,

26                                          HEATHER E. WILLIAMS
                                            Federal Public Defender
27
                                            */s/ R. Barbour*
28                                          RACHELLE BARBOUR
                                            Attorney for Defendant
                                            RYAN MASON

Dated: May 15, 2015

BENJAMIN WAGNER
United States Attorney

/s/ J. Sigal
JOSH SIGAL
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court orders that pretrial release conditions be amended as set forth in the attached "Third Special Conditions of Release" dated May 12, 2015.

IT IS SO ORDERED.

DATED: May 2, 2015

_____
United States Magistrate Judge