HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RYAN MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 14-290-KJM |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO PERMIT ATTENDANCE AT |
| v. | ) MEMORIAL SERVICE ON JULY 18, 2015 |
| RYAN MASON, | ) |
| Defendant. | ) JUDGE:  Hon. Edmund F. Brennan |

Plaintiff, United States of America, through Assistant United States Attorney JOSH SIGAL, and Defendant RYAN MASON, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulates and request that the Court extend Mr. Mason's curfew on July 18, 2015 to attend a memorial service for his uncle. Pretrial Services concurs with this request. Mr. Mason is currently in compliance and Pretrial Services has confirmed his travel arrangements and that he will be with his mother/custodian the entire time.

Mr. Mason's current condition # 14, concerning "Curfew" is to remain inside his residence from 6:00 p.m. to 7:00 a.m.   All parties are in agreement to extend the curfew until the memorial service until 10:30 p.m. for the memorial service on July 18, 2015.  Mr. Mason is to contact Pretrial Services when he is home from the memorial service, and must not have any

contact with children at the service. He must stay with his mother, Janet Mason, at all times while at the service.

All other conditions of release are to remain as ordered.

Dated: July 13, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ R. Barbour*
RACHELLE BARBOUR
Attorney for Defendant
RYAN MASON

Dated: July 13, 2015

BENJAMIN WAGNER
United States Attorney

*/s/ J. Sigal*
JOSH SIGAL
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court orders that pretrial release conditions of Mr. Mason's curfew be extended to attend a Memorial Service for his uncle until 10:30 p.m. on July 18, 2015 as stated above. All other conditions remain as previously ordered.

IT IS SO ORDERED.

DATED: July 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE