HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
RYAN MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN MASON,<br><br>　　　　　Defendant. | No. Cr. S. 14-00290-KJM<br><br>STIPULATION AND ORDER RE: PROFERRED PLEA AGREEMENT<br>(Defense Exhibit I)<br><br>Date:　May 19, 2016<br>Time:　9:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, RYAN MASON, that the proferred plea agreement marked as Defense Exhibit I and previously provided to the Court be admitted into evidence in Mr. Mason's competency hearing for the limited purpose of allowing the Court to

//

//

1

assess Mr. Mason's understanding of the plea agreement.

DATED: May 17, 2016                          HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Rachelle Barbour
                                             RACHELLE BARBOUR
                                             Attorney for Defendant

DATED: May 17, 2016                          /s/ Josh Sigal
                                             JOSH SIGAL
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, orders Defense Exhibit I admitted into evidence for the limited purpose set forth above.  IT IS SO ORDERED.

DATED: May 18, 2016

_____
UNITED STATES DISTRICT JUDGE

2