HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
RYAN MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN MASON,<br><br>　　　　Defendant. | No. Cr. S. 14-00290-KJM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: TONI-3 BOOKLET<br><br>Date:　May 19, 2016<br>Time:　9:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, RYAN MASON, that the TONI-3 test booklet that the Court ordered produced in discovery by the Government be provided pursuant to the following protective order.

　　　1.　The United States shall provide to the defense the TONI-3 test booklet used by Craig Wetterer in his evaluation of Ryan Mason.

//

//

1

2. That test booklet may not be reproduced by the defense except in connection with the hearing in this case on May 19, 2016. The test booklet may not be disseminated by the defense except to the Court for use in these proceedings.

DATED: May 17, 2016                HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Attorney for Defendant

DATED: May 17, 2016                /s/ Josh Sigal
                                   JOSH SIGAL
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO ORDERED.

DATED: May 18, 2016

_____
UNITED STATES DISTRICT JUDGE