HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RYAN MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 14-290-KJM |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS |
| v. ) | |
| RYAN MASON, ) | DUTY JUDGE: Hon. Allison Claire |
| Defendant. ) | |

Plaintiff, United States of America, through Assistant United States Attorney JOSH SIGAL, and Defendant RYAN MASON, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate and request that the Court amend Mr. Mason's pretrial services conditions as set forth in the attached proposed conditions.

On July 15, 2016, Pretrial Services conducted a home visit at Mr. Mason's home (where he lives with his parents), and his brother's girlfriend was present with her two minor children. The children and girlfriend had moved in without prior approval from Pretrial Services. In addition, the defendant's mother/custodian failed to notify Pretrial Services, as well. Since the home visit, the defendant's brother, girlfriend, and her two children have moved from the residence and the following conditions of release are being recommended to clarify the issue.

//

The attached conditions have been agreed upon by the assigned government prosecutor, defense counsel, and Pretrial Services.

Dated: August 3, 2016            Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Public Defender

                                           */s/ R. Barbour*
                                           RACHELLE BARBOUR
                                           Attorney for Defendant
                                           RYAN MASON

Dated: August 3, 2016            PHILLIP TALBERT
                                           Acting United States Attorney

                                           */s/ J. Sigal*
                                           JOSH SIGAL
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

## **ORDER**

The Court orders that pretrial release conditions be amended as set forth in the attached "Fourth Amended Special Conditions of Release" dated July 28, 2016.

IT IS SO ORDERED.

Dated: August 4, 2016           _____
                                           ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE