1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-290 KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RYAN MASON, | |
| Defendant. | |

The Government's motion to dismiss (ECF No. 101) is granted. Fed. R. Crim. P. 48(a). The indictment is dismissed without prejudice.

DATED  March 23, 2017

_____
UNITED STATES DISTRICT JUDGE

Order re Motion to Dismiss

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order re Motion to Dismiss